THOMAS A. DOSIK (AK BAR NO. 9505018)
SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
Email:       tdosik@dlcak.org
Email:       skerr@dlcak.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska<br>Plaintiff,<br><br>vs.<br><br>Alaska Psychiatric Institute,<br>("API"), and Ron Adler, in his<br>official capacity as Executive<br>Director,<br>Defendants. | **Ex PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff, the Disability Law Center of Alaska hereby moves this court for a Temporary Restraining Order requiring Alaska Psychiatric Institute ("API") to turn over to Disability Law Center copies of all video surveillance footage and other documentation regarding an incident which occurred on March 5, 2005. This motion is supported by the accompanying Memorandum and the affidavits of Josh Fink, the Director of the Office of Public Advocacy of the State of Alaska, ("OPA") and David Fleurant, the executive director of the Disability Law Center of Alaska ("DLC").

Done this 22 day of March, 2006.

/s/ Thomas A. Dosik
THOMAS A. DOSIK (AK BAR NO. 9505018)

/s/ Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
Email:   skerr@dlcak.org
Email:   tdosik@dlcak.org

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234
Fax 907-565-1000

DLC v. API
Ex PARTE MOTION FOR
TEMPORARY RESTRAINING ORDER

Page 2 of 2