IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska<br>        Plaintiff,<br><br>vs.<br><br>Alaska Psychiatric Institute,<br>("API"), and Ron Adler, in his<br>official capacity as Executive<br>Director,<br>        Defendants. | **Ex PARTE ORDER** |

Plaintiff, the Disability Law Center of Alaska ("DLC") has moved for a temporary restraining order against Alaska Psychiatric Institute ("API") and Ron Adler. That motion is hereby granted. API is hereby ordered to turn over to DLC any and all video records of the incident occurring on March 5, 2006, at approximately 5:00 p.m., involving Stephen Jenkins. API and Ron Adler are also ordered to preserve and protect the video record, and any other records or evidence regarding that incident. This order is issued because of the seriousness of the alleged incident, and the possibility that evidence might be destroyed. Pursuant to its federally granted access authority to investigate incidents of abuse and neglect, the DLC is entitled to obtain the video record. The DLC has probable cause to believe an incident of abuse and neglect occurred at API on March 5, 2006, and the video record is necessary to complete an investigation.

Done this ___ day of March, 2006.

                                                                                _____<br>
                                                                                United States District Court Judge

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002    Fax 907-565-1000
1-800-478-1234