THOMAS A. DOSIK (AK BAR NO. 9505018)
SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:  (800) 478-1234/907-565-1002
Email:  tdosik@dlcak.org
Email:  skerr@dlcak.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Disability Law Center of Alaska<br>Plaintiff,<br><br>vs.<br><br>Alaska Psychiatric Institute, ("API"), and Ron Adler, in his official capacity as Executive Director,<br>Defendants. | **AFFIDAVIT** |

Comes now, David C. Fleurant, and being first duly sworn, deposes and states:

1. I am an adult individual and I make this affidavit of my own personal knowledge.

2. I am the Executive Director for the Disability Law Center of Alaska ("DLC").

3. DLC is the federally mandated protection and advocacy office for the State Alaska. Our originating legislation arises from Part C of Title I of the Developmental Disabilities Assistance and Bill of Rights Act of 2000 (the DD Act), 42 U.S.C. 15041-15045. We are required to protect the rights of Individuals with mental illness pursuant to the Protection and Advocacy for Individuals with Mental Illness Act of 1986 ("the PAIMI Act"), 42 U.S.C. 10801, et seq., and other individuals with disabilities pursuant to The Protection and Advocacy of Individual Rights ("PAIR") Program of the Rehabilitation Act of 1973, 29 U.S.C. 794e. One of our specific duties to investigate abuse and neglect of individuals in institutions or similar facilities, specifically individuals with mental illness or developmental

disabilities. 45 C.F.R. Part 1386 (DD), 42 CFR Part 51 (PAIMI), and 34 CFR Part 381 (PAIR).

4. I have ten years of experience in the area of protection and advocacy, and specific training in protection of the rights of vulnerable individuals with disabilities.

5. Over the years, our agency has enjoyed reasonably good relations with API. Generally, we have an advocate who visits on a regular basis. We also usually request and receive patient records without difficulty.

6. I was contacted on March 17, 2006 by Josh Fink of the Office of Public Advocacy who reported to me that two employees of API had contacted him concerning allegations of abuse and neglect and a death either at API or on discharge.

7. I, and other members of my staff met with Mr. Fink on March 20, 2006. Attached as Ex. A. is a copy of the document that Mr. Fink had obtained alleging three incidents of abuse of individuals with mental illness who have been at API and/or were discharged from API. One incident was apparently videotaped. One incident resulted in death. The whereabouts of the other two individuals is presently unknown.

8. It was reported to me by Mr. Fink that the reporters feared retribution and feared that our usual process for requesting documents from API would result in API destroying evidence, including a videotape of one of the alleged incidents. This was apparently based in part on an assertion that the employee reporters had witnessed a change in paper documents concerning the death. In addition, apparently, API's retention policy on security videotapes is only 30 days. The incident occurred on March 5, 2006, and thus the tape would be destroyed consistent with the API retention policy 30 days from that date.

9. We have confirmed with at least one of the two employees that they fear documentation, including the videotape of March 5th, 2006 will be destroyed, if DLC follows its usual process of requesting the documents by letter first.

10. At the present time, we have approximately 4-6 individuals at API with whom we have a specific attorney-client relationship and whose safety, in light of these very serious allegations, may be in jeopardy.

11. Based on the information we have received, I assert that we have probable cause to investigate the three allegations. I am requesting the Court's protection of all records related to this investigation by the issuance of an ex parte order to ensure that no documentation is destroyed before the

DLC v. API  
AFFIDAVIT OF  
DAVID C. FLEURANT

Page 2 of 3

DISABILITY LAW CENTER OF ALASKA  
3330 Arctic Blvd., Suite 103  
Anchorage, AK 99503  
907-565-1002    Fax 907-565-1000  
1-800-478-1234

completion of DLC's investigation and to ensure that all records necessary to complete our investigation are provided to us without any delay.

Further, affiant saith not.

Done this 2²ⁿᵈ day of March, 2006

*David Fleurant* (signature)
David Fleurant

Subscribed and sworn to me this
22^(ND) day of March, 2006

_____
Notary Public

[Notary Seal: PATTI FREEMAN, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: December 13, 2009]

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

DLC v. API
AFFIDAVIT OF
DAVID C. FLEURANT