THOMAS A. DOSIK (AK BAR NO. 9505018)
SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
Email:          skerr@dlcak.org
Email:          tdosik@dlcak.org

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska<br>Plaintiff, | ) ) ) Case No. 3:06-cv-62 (TWB) |
| vs. | ) ) ) |
| Alaska Psychiatric Institute,<br>("API"), and Ron Adler, in his<br>official capacity as Executive<br>Director,<br>Defendants. | ) **ERRATA** ) ) ) ) ) ) |

Plaintiff, the Disability Law Center of Alaska ("DLC") inadvertently filed documents in this matter without requesting that they be placed under seal. Because of the private nature of some of the information contained in the documents, DLC hereby requests that all documents supporting the Motion for Temporary Restraining Order be placed under seal.

Done this 23rd day of March, 2006.

THOMAS A. DOSIK (AK BAR NO. 9505018)

SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
Email:          skerr@dlcak.org
Email:          tdosik@dlcak.org

**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234    Fax 907-565-1000