Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
(907) 565-1002
(907) 565-1000
hollyj@dlcak.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>　　　　Plaintiffs<br><br>vs.<br><br>Alaska Psychiatric Institute, and Ron Adler<br>in his official capacity as Executive Director,<br>　　　　Defendant. | )<br>)<br>)<br>) Case No. 3:06-cv-62 (TMB)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

Comes now Holly Johanknecht, through the Disability Law Center of Alaska, give notice of her entry of appearance in this matter.

Dated in Anchorage Alaska this 23rd day of March, 2006.

　　　　　　　　　　　DISABILITY LAW CENTER OF ALASKA

　　　　　　　By: *Holly Johanknecht*
　　　　　　　　　　Holly Johanknecht
　　　　　　　　　　Disability Law Center of Alaska
　　　　　　　　　　3330 Arctic Blvd., Suite 103
　　　　　　　　　　Anchorage, Alaska 99503
　　　　　　　　　　(907) 565-1002
　　　　　　　　　　(907) 565-1000
　　　　　　　　　　hollyj@dlcak.org
　　　　　　　　　　Alaska Bar No. 0511103

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002   Fax 907-565-1000
1-800-478-1234