IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILTY LAW CENTER OF ALASKA,<br><br>              Plaintiff,<br><br>  vs.<br><br>ALASKA PSYCHIATRIC INSTITUTE, and RON ADLER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR,<br><br>              Defendants. | Case No. 3:06-cv-0062-TMB<br><br>O R D E R |

Plaintiff, the Disability Law Center of Alaska ("DLC"), moved ex parte for a temporary restraining order requiring Alaska Psychiatric Institute ("API") to turn over surveillance footage recording an incident that occurred on March 5, 2006. Docket Nos. 3-6. Subsequent to filing this motion, DLC filed an Errata asking that the documents filed in support of the motion be placed under seal. Docket 7.

The Court denied the motion for a temporary restraining order. Docket 9. However, the Court ordered API to maintain surveillance footage of the evening of March 5, 2006, in its original condition, and scheduled a hearing on a preliminary injunction. Plaintiffs were directed to immediately inform Defendants of the Order. Id.

**IT IS FURTHER ORDERED:**

1. Counsel for Defendant is directed to file an entry of appearance as soon as possible.

2. Plaintiff's counsel is directed to serve Defendant's counsel with copies of all pleadings filed in this matter without unnecessary delay.

    3.  The parties are reminded that pleadings in this matter have been filed under seal and should be treated appropriately.

    4.  In addition to the preservation of any tapes addressed by the Order at Docket 9, API also is directed to preserve any evidence within its possession and control related to the incident on March 5, 2006.

    Dated at Anchorage, Alaska, this 24 day of March 2006.

                                                      /s/ Timothy M. Burgess
                                                     **TIMOTHY M. BURGESS**
                                                     United States District Judge