Thomas A. Dosik
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
(907) 565-1002
(907) 565-1000
tdosik@dlcak.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>　　　　Plaintiff<br><br>vs.<br><br>Alaska Psychiatric Institute, and Ron Adler<br>in official capacity as Executive Director,<br>　　　　Defendants. | )<br>)<br>)<br>) Case No. 3:06-cv-62 (TMB)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO VACATE HEARING

Comes now, Plaintiff Disability Law Center, and Defendants API and Ron Adler, and request that this court vacate the hearing scheduled for March 29, 2006 in this matter. The parties have been working cooperatively and diligently, and defendants are in the process of locating and reviewing the video footage requested by Plaintiff.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002     Fax 907-565-1000
1-800-478-1234

Done March 28, 2006

| DISABILITY LAW CENTER OF ALASKA | DAVID W. MÁRQUEZ<br>ATTORNEY GENERAL |
|---|---|
| By: /s/ Thomas A. Dosik<br>Thomas A. Dosik<br>Disability Law Center of Alaska<br>3330 Arctic Blvd., Suite 103<br>Anchorage, Alaska 99503<br>(907) 565-1002<br>(907) 565-1000<br>tdosik@dlckak.org<br>Alaska Bar No. 9505018 | By: /s/ Blair M. Christensen<br>Stacie L. Kraly<br>Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Ste 200<br>Anchorage, AK 99501<br>(907) 269-5100<br>stacie_kraly@law.state.ak.us<br>Alaska Bar No. 9406040 |