DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA PSYCHIATRIC INSTITUTE, and RON ADLER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR, <br><br> Defendants. | Case No. 3:06-cv 00062 (TMB) |

**NON-OPPOSED REQUEST TO PARTICIPATE TELEPHONICALLY**

Pursuant to Local Rule 7.3, the undersigned requests permission to participate in the hearing scheduled for Wednesday, March 29, 2006 telephonically. The undersigned spoke with Mr. Thomas Dosik of the Disability Law Center who indicated he would not oppose this request.

Dated this 28th day of March 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Fax: (907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, a copy of foregoing was served by US mail and email on the following parties of record:

Thomas Dosik, Esq.
Sonja Kerr, Esq.
Disability Law Center of Alaska, Inc.
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

_____

s/Stacie L. Kraly