MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Disability Law Center of Alaska v. Alaska Psychiatric Inst., et al.*
Case No. 3:06-cv-0062-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On March 22, 2006, Plaintiffs filed this action seeking a temporary restraining order ("TRO"). Docket No. 1 (Compl.). The Court denied the TRO, but ordered alternative protections of evidence in order to address Plaintiff's concerns. On March 20, 2006, the Court held a hearing in which the parties indicated that there has been substantial cooperation regarding the evidence that was the subject of the TRO.

The parties are directed to inform the Court in a joint status report to be filed by counsel for Plaintiff **on or before Tuesday, April 11, 2006**, regarding what needs to occur to bring this case to conclusion. Alternatively, the parties may file a joint motion to dismiss.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  April 3, 2006