IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

DISABILITY LAW CENTER OF ALASKA )
)
)
-VS- Plaintiff(s) )
)
ALASKA PSYCHIATRIC INSTITUTE, and RON ADLER, IN )     RETURN OF SERVICE
HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR. )
)
Defendant(s) )

RECEIVED

Case No: 3:06-CV-0062-TMB

I certify that on   Thursday, March 23, 2006 at 6:35 P.M.   I served the following documents
ORDER, dated 3/23/06

on the therein named   ALASKA PSYCHIATRIC INSTITUTE - RECORDS CUSTODIAN
at   AK PSYCHIATRIC INST. 2800 PROVIDENCE DRIVE   in   Anchorage, Alaska by leaving a true and correct copy with
BILL DEVRIES - COMM CENTER OPERATOR - AUTHORIZED TO ACCEPT SERVICE OF DOCUMENT, AGREED TO GIVE TO SECURITY OFFICIALS.

Process Server /   DAVID BOHNA

SUBSCRIBED AND SWORN to me this day of   Friday, March 24, 2006

Notary Public in and for State of Alaska
My Commission Expires:

Attorney:   DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BLVD., SUITE 103
ANCHORAGE, AK  99503
Attention:   MEG ALLISON
File No:
Service Fee:   $35.00
Mileage:   $10.00
Endeavor:
Endeavor:

Total:   $45.00   (A.P.S.) NO:   62431

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237