Sonja D. Kerr
Thomas A. Dosik
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
(907) 565-1002
(907) 565-1000
tdosik@dlcak.org
skerr@dlcak.org
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| Disability Law Center of Alaska, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-cv-62 (TMB) |
| | ) | |
| Alaska Psychiatric Institute, and Ron Adler | ) | |
| in official capacity as Executive Director, | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

Based upon the status report of the parties submitted on April 11, 2006, it is hereby ordered that API shall provide access to patients, staff, administrators and records, as provided by PAIMI, 42 U.S.C. § 10801 *et seq*. and the regulations promulgated thereunder, to enable DLC to complete its investigatory responsibilities with regard to the incident occurring on March 5, 2006 at API.  It is further ordered that DLC will maintain the confidentiality of videotapes and any other documents obtained from API as provided by 42 C.F.R. 51.45 and 42 C.F.R. 51.46 and DLC will not make any re-disclosure of the videotape or other documents without prior notification to API and an order of this Court.

Done this ___ day of April 2006

                                        _____
                                        Timothy Burgess
                                        United States District Court Judge