Sonja D. Kerr
Thomas A. Dosik
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
(907) 565-1002
(907) 565-1000
tdosik@dlcak.org
skerr@dlcak.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>            Plaintiff | )<br>)<br>) |
| vs. | ) Case No. 3:06-cv-62 (TMB)<br>) |
| Alaska Psychiatric Institute, and Ron Adler<br>in official capacity as Executive Director,<br>            Defendants. | )<br>)<br>)<br>) |

**STATUS REPORT TO THE COURT**

Comes now, Plaintiff Disability Law Center, and Defendants API and Ron Adler, and request that this court order as follows:

1. API has provided a copy to DLC of one of the security videotapes of the incident concerning on March 5, 2006, and has agreed to provide others.

2. API agrees to continue to cooperate in providing access to patients, staff, administrators and records, including copies as requested, to enable DLC to complete its investigatory responsibilities within 30 (thirty) days of this date, which time the parties would intend to dismiss this case presuming DLC has obtained all necessary evidence.

3. DLC agrees that it will maintain the confidentiality of videotapes and any other documents obtained from API as provided by 42 C.F.R. 51.45 and 42 C.F.R. 51.46 and further agrees that any re-disclosure of the videotape or other documents will not occur without prior notification to API and an order of this Court.

Done April 11, 2006

| DISABILITY LAW CENTER OF ALASKA | ALASKA PSYCHIATRIC INSTITUTE and RON ADLER |
|---|---|
| By: s/ Thomas A. Dosik (consent)<br>Sonja D. Kerr<br>Disability Law Center of Alaska<br>3330 Arctic Blvd., Suite 103<br>Anchorage, Alaska 99503<br>(907) 565-1002<br>(907) 565-1000<br>tdosik@dlcak.org<br>Alaska Bar No. 9505018<br>skerr@dlcak.org<br>Alaska Bar No. 0405091 | By: s/ Stacie L. Kraly<br>Assistant Attorney General<br>Office of the Attorney General<br>PO Box 110300<br>Juneau AK 99811<br>(907) 465-3600<br>(907) 465-2539<br>Stacie_kraly@law.state.ak.us<br>Alaska Bar No. 9406040 |