Sonja D. Kerr
Thomas A. Dosik
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
(907) 565-1002
(907) 565-1000
tdosik@dlcak.org
skerr@dlcak.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>　　　　　Plaintiff<br><br>vs.<br><br>Alaska Psychiatric Institute, and Ron Adler in official capacity as Executive Director,<br>　　　　　Defendants. | )<br>)<br>)<br>) Case No. 3:06-cv-62 (TMB)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR ENTRY OF ORDER

Plaintiff Disability Law Center of Alaska hereby requests that this Court sign and enter the Order [Docket 18] submitted by the parties along with their Joint Status Report [Docket 17].

On this date Disability Law Center had intended to interview the employees of API regarding the incident involving Stephen Jenkins which occurred on March 5, 2006. Commitments had been obtained from 7 employees to be available today, starting at 2:00 p.m. However, at 11:30 a.m. attorneys from the State called and cancelled the interviews, stating they would not occur until this Court signs the Order [Docket 18] submitted with the Joint Status Report. [Docket 17]. Although DLC firmly believes that it has the authority under PAIMI 42 U.S.C. § 10801 *et. seq.*, and the

regulations promulgated thereunder, to conduct the investigation without a Court order, the easiest way to resolve this situation seems to be to obtain such an Order.

Done this 19th Day of April, 2006.

DISABILITY LAW CENTER OF ALASKA

By:  S/ Thomas A. Dosik
Sonja D. Kerr
Thomas A. Dosik
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
(907) 565-1000
tdosik@dlcak.org
Alaska Bar No. 9505018
skerr@dlcak.org
Alaska Bar No. 0405091

I, Thomas A. Dosik, hereby certify that, on April 19, 2006, a copy of this document was served electronically on Stacy Kraly at Stacy_kraly@law.state.ak.us.

_Thomas A. Dosik_
Thomas A. Dosik.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234