Sonja D. Kerr
Thomas A. Dosik
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
(907) 565-1002
(907) 565-1000
tdosik@dlcak.org
skerr@dlcak.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>      Plaintiff | )<br>)<br>) |
| vs. | ) Case No. 3:06-cv-62 (TMB)<br>) |
| Alaska Psychiatric Institute, and Ron Adler<br>in official capacity as Executive Director,<br>      Defendants. | )<br>)<br>)<br>) |

### AFFIDAVIT OF THOMAS A. DOSIK

I, Thomas A. Dosik, under penalty of perjury, do hereby state as follows:

1. I am an attorney employed by the Disability Law Center of Alaska ("DLC")

2. Pursuant to its federal mandate to investigate allegations of abuse and neglect at institutions serving individuals with disabilities (*see* PAIMI, 42 U.S.C. § 10801 et. seq.) DLC is conducting an investigation of an incident that occurred at Alaska Psychiatric Institute ("API") on March 5, 2006 involving a patient named Stephen Jenkins.

3. In furtherance of its investigation DLC had intended to interview several employees of API on this date.

4. API had previously agreed to continue to provide access to patients, staff, administrators and records to further the investigation.

5. The interviews of the employees had been arranged, and commitments obtained from 7 employees to be available starting at 2:00 p.m. on this date. *See Exhibit A to this Affidavit.*

6. At approximately 11:30 a.m. on this date I received a telephone call from Stacy Kraly. She stated that the interviews would not occur unless this Court signed the order included with the Joint Status Report. [Docket 18]. Ms. Kraly expressed concern that without the signed order API and the State may incur liability for the release of confidential information.

7. Attached as Exhibit A to this affidavit is a true and correct copy of the e-mail received from Paul Ortner on Tuesday, April 18th.

I say nothing further.

Done this 19th Day of April, 2006.

_____
Thomas A. Dosik

Subscribed and sworn before me on this 19th day of April, 2006.

_____
Patricia Freeman, Notary Public.

My commission expires 12-13-09.

## Tom Dosik

**From:** Sonja D. Kerr
**Sent:** Wednesday, April 19, 2006 1:13 PM
**To:** Tom Dosik
**Subject:** FW:

-----Original Message-----
**From:** Ortner, Paul S. [mailto:Paul_Ortner@health.state.ak.us]
**Sent:** Tuesday, April 18, 2006 3:55 PM
**To:** Elizabeth Keating
**Cc:** Holly Johanknecht; Sonja D. Kerr; Denise Bogue
**Subject:**

Elizabeth,
I was able to get commitments from the seven employees listed who are still employed at API for interviews tomorrow (April 19th) starting at 2:00. The last one is scheduled for 4:30 pm, so I think interviews may be wrapped up by 5. I have tried contacting Clyde Kelly who is no longer at API (still in the state system with corrections) by e-mail and by calling his home. I have yet to hear from him, but if he contacts me and is willing I will try to get him in here during that time span. Please let me know if you have any questions.

Thanks

Paul Ortner RN,C
Quality Improvement Coordinator
Alaska Psychiatric Institute
(907) 269-7117

*Exhibit A*