UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>         Plaintiff<br><br>vs.<br><br>Alaska Psychiatric Institute, and Ron Adler<br>in official capacity as Executive Director,<br>         Defendants. | )<br>)<br>)<br>) Case No. 3:06-cv-62 (TMB)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Based upon the status report of the parties submitted on April 11, 2006, it is hereby ordered that API shall provide access to patients, staff, administrators and records, as provided by PAIMI, 42 U.S.C. § 10801 *et seq.* and the regulations promulgated thereunder, to enable DLC to complete its investigatory responsibilities with regard to the incident occurring on March 5, 2006 at API. It is further ordered that DLC will maintain the confidentiality of videotapes and any other documents obtained from API as provided by 42 C.F.R. 51.45 and 42 C.F.R. 51.46 and DLC will not make any re-disclosure of the videotape or other documents without prior notification to API and an order of this Court.

Done this  21  day of April 2006

                                                       /s/ Timothy M. Burgess
                                                     Timothy Burgess
                                                     United States District Court Judge