Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Tel. (907) 565-1002
Fax (907) 565-1000
hollyj@dlcak.org
Alaska Bar No. 0511103
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska, ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-62 (TMB) |
| ) | |
| Alaska Psychiatric Institute, and Ron Adler ) | |
| in official capacity as Executive Director, ) | |
|     Defendants. ) | |
| _____) | |

**PROPOSED ORDER**

Based on Plaintiff, Disability Law Center of Alaska's Motion to Compel Compliance with Court Order, it is hereby ordered that API immediately deliver to DLC any and all internal investigations prepared by API regarding the March 5, 2006 incident involving Steven Jenkins, including the final report, and the report in its present state (if not final), reports and records, including personnel records, prepared or maintained by the facility in connection with such reports of the incident, any supporting information that was relied upon in creating the report including all information and records used or reviewed in preparing the report, any physical or documentary evidence and any and all investigative findings. It is

further ordered that API pay Plaintiff's attorney's fees associated with the filing of this motion.

Done this ___ day of April 2006

                                              _____
                                              Timothy Burgess
                                              United States District Court Judge