Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Tel. (907) 565-1002
Fax (907) 565-1000
hollyj@dlcak.org
Alaska Bar No. 0511103
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Disability Law Center of Alaska,  )
    Plaintiff  )
  )
vs.  ) Case No. 3:06-cv-62 (TMB)
  )
Alaska Psychiatric Institute, and Ron Adler  )
in official capacity as Executive Director,  )
    Defendants.  )
_____) AFFIDAVIT

    Comes now, Holly J. Johanknecht, and being first duly sworn, deposes and states:

1. I am an attorney for the Disability Law Center of Alaska and I am counsel for Plaintiffs in the above-entitled matter.

2. On Wednesday, March 3, 2006, I orally requested a copy of API's internal investigation from Blair Christensen.

3. On Wednesday, March 3, 2006, I sent an emailed letter to Blair Christensen reiterating my request for the internal investigation and providing her with the applicable statutes for our access authority. A true and correct copy is attached as Exhibit A.

4. On Monday, May 8, 2006, I sent an emailed letter to Blair Christensen reiterating our request for the internal investigation. A true and correct copy is attached as Exhibit B.

5. On Monday, May 8, 2006, I received an emailed letter from Blair Christensen stating that they were researching our access authority. A true and correct copy is attached as Exhibit C.

6. On Monday, May 8, 2006 I sent, by email and facsimile, a letter to Blair Christensen, Stacie Kraly and Holly Chari repeating our request for the internal investigation and asking them to provide the report within twenty-four hours. A true and correct copy is attached as Exhibit D.

7. On Wednesday, May 10, 2006, I orally requested a copy of the internal investigation from Blair Christensen.

8. On Wednesday, May 10, 2006, Blair Christensen orally asserted that she would let me know the Attorney General's decision regarding providing us with a copy of the internal investigation that day.

9. On Wednesday, May 10, 2006, I sent an emailed letter to Blair Christensen confirming her oral statement that she would inform me of the Department of Law's decision regarding the internal investigation that day. A true and correct copy is attached as Exhibit E.

10. On Wednesday, May 10, 2006 I sent an emailed letter to Blair Christensen inquiring about the Department of Law's decision regarding the internal investigation. A true and correct copy is attached as Exhibit F.

11. On Thursday May 11, 2006, I received an emailed letter from Blair Christensen stating that the Department of Law had not come to a decision regarding the internal investigation and that a decision would not be reached until Monday, May 15, 2006 at the earliest. Ms. Christensen also stated that "We do understand that you may determine that you need to file something with the court to resolve this issue sooner." A true and correct copy is attached as Exhibit G.

12. On Thursday, May 11, 2006, I sent an emailed letter to Blair Christensen urging the Department of Law to come to a quick decision in order to avoid involving the court. A true and correct copy is attached as Exhibit H.

Further affiant saith not.
Dated this 11th day of May 2006.

Respectfully submitted,

_Leann Curro_ (signature)

_Holly J. Johanknecht_ (signature)
Holly J. Johanknecht

Subscribed and sworn to before me
this 11 day of May 2006.

my commission expires: Jan 13, 06

[Notary seal: LEANN CURRO, NOTARY PUBLIC, STATE OF ALASKA]

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002      Fax 907-565-1000
1-800-478-1234