**Holly Johanknecht**
___

| | |
|---|---|
| From: | Holly Johanknecht |
| Sent: | Monday, May 08, 2006 10:06 AM |
| To: | 'Blair Christensen' |
| Subject: | RE: Access Authority |

Hi Blair,

We need that information on Warren Tetpon as soon as possible. Let me know what you found out.

Also, I am going to be at API this afternoon for an interview, I would like to get a copy of API's internal investigation at that time. Would I talk to Paul about that?

Thanks
Holly


-----Original Message-----
From: Blair Christensen [mailto:blair_christensen@law.state.ak.us]
Sent: Thursday, May 04, 2006 8:45 AM
To: Holly Johanknecht
Subject: Re: Access Authority


Holly,

I have a message in on Warren Tetpon and I am just waiting for a response.  Thanks for getting on that letter right away.  I haven't received anything yet but I will go check the faxes.

-Blair

Blair Marlowe Christensen
Assistant Attorney General
Human Services Section

>>> Holly Johanknecht <hollyj@dlcak.org> 05/03 4:35 PM >>>
Blair,

Here is the info on our access authority regarding the API internal investigation. Please get us a copy as soon as possible as we want to complete our report soon.

Internal Investigation Records:
42 C.F.R. 51.41(c)(2)
DLC has access to "reports prepared by an agency charged with investigating
abuse, neglect or injury occurring at a facility rendering care or treatment, or by or for the facility itself that describe any or all of the
following: (i) Abuse, neglect or injury occurring at the facility; (ii) The
steps taken to investigate the incidents; (iii) Reports and records, including personnel records, prepared or maintained by the facility in connection with such reports of incidents; or (iv) Supporting information
that was relied upon in creating a report, including all information and
records used or reviewed in preparing reports of abuse, neglect or injury
such as records which describe persons who were interviewed, physical and

1


EXHIBIT B
Page 1 of 2

documentary evidence that was reviewed, and the related investigative findings." (emphasis added)

I will be faxing a letter over shortly regarding the security video system.

Also, any news about getting Warren Tetpon's records?

Thanks,
Holly

EXHIBIT B
Page 2 of 2