# Holly Johanknecht

| | |
|---|---|
| From: | Blair Christensen [blair_christensen@law.state.ak.us] |
| Sent: | Monday, May 08, 2006 10:44 AM |
| To: | Holly Johanknecht |
| Cc: | paul_ortner@health.state.ak.us; Ron_Adler@health.state.ak.us; Holly Chari; Stacie Kraly |
| Subject: | RE: Access Authority |

Holly,

I was informed that Warren did not have a guardian at his last
admission, so it would be whoever is administering his estate and could
verify that they are his legal representative or that he does not have a
legal representative.  As for the internal report, we are researching
the statute you provided as I was out of the office on Friday.
Documents that are released to DLC are going through the Department of
Law first so that we have a record of what has been sent out.
Therefore, either Holly or I would be your point of contact for the
internal investigation.

Thanks,
Blair

Blair Marlowe Christensen
Assistant Attorney General
Human Services Section

>>> Holly Johanknecht <hollyj@dlcak.org> 05/08 10:06 AM >>>
Hi Blair,

We need that information on Warren Tetpon as soon as possible. Let me
know
what you found out.

Also, I am going to be at API this afternoon for an interview, I would
like
to get a copy of API's internal investigation at that time. Would I
talk to
Paul about that?

Thanks
Holly


-----Original Message-----
From: Blair Christensen [mailto:blair_christensen@law.state.ak.us]
Sent: Thursday, May 04, 2006 8:45 AM
To: Holly Johanknecht
Subject: Re: Access Authority


Holly,

I have a message in on Warren Tetpon and I am just waiting for a
response.  Thanks for getting on that letter right away.  I haven't
received anything yet but I will go check the faxes.

-Blair

Blair Marlowe Christensen
Assistant Attorney General
Human Services Section

>>> Holly Johanknecht <hollyj@dlcak.org> 05/03 4:35 PM >>>

1

EXHIBIT C
Page 1 of 2

Blair,

Here is the info on our access authority regarding the API internal investigation. Please get us a copy as soon as possible as we want to complete our report soon.

Internal Investigation Records:
42 C.F.R. 51.41(c)(2)
DLC has access to "reports prepared by an agency charged with investigating
abuse, neglect or injury occurring at a facility rendering care or treatment, or by or for the facility itself that describe any or all of
the
following: (i) Abuse, neglect or injury occurring at the facility; (ii)
The
steps taken to investigate the incidents; (iii) Reports and records, including personnel records, prepared or maintained by the facility in connection with such reports of incidents; or (iv) Supporting information
that was relied upon in creating a report, including all information and
records used or reviewed in preparing reports of abuse, neglect or injury
such as records which describe persons who were interviewed, physical and
documentary evidence that was reviewed, and the related investigative findings." (emphasis added)

I will be faxing a letter over shortly regarding the security video system.

Also, any news about getting Warren Tetpon's records?

Thanks,
Holly