**Holly Johanknecht**

| | |
|---|---|
| **From:** | Holly Johanknecht |
| **Sent:** | Monday, May 08, 2006 5:56 PM |
| **To:** | 'Blair Christensen' |
| **Cc:** | 'stacie_kraly@law.state.ak.us'; 'holly_chari@law.state.ak.us' |
| **Subject:** | Access Authority & Records Request |

  

60.05.08 Letter to BlairRegInt...    60.05.08 Letter to BlairWarren...



**DISABILITY LAW CENTER OF ALASKA**

ANCHORAGE
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

May 8, 2006   Letter No. 2

Blair Christensen
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-3697

VIA FACSIMILE and EMAIL

RE:   March 5, 2006 Incident – Stephen Jenkins

Dear Blair:

The Disability Law Center of Alaska has repeatedly requested your cooperation as we investigate this incident. Despite assuring the Court you would cooperate, you are not cooperating in full. One of our requests has been for the internal investigation completed by API. We make this request because it is generally our policy to get such investigations in an effort to improve the way that institutions such as API conduct their investigations in the hope that in the future our work would not be necessary. We assume that Mr. Ortner, who is one of the originators of the report, has done his best in investigating. What is the harm to releasing it to us?

Our PAIMI authority clearly allows us access to any internal investigation. In addition,
Judge Burgess' April 21st, 2006 order specifically states that we are to be provided with all records. We read this as including your internal investigation, especially considering our extremely clear access authority.

You have orally asserted that "executive privilege" protects the internal investigation. You may want to review *Nixon v. U.S.* where "executive privilege" was discussed in the context of a criminal investigation and where the Court rejected such a privilege. While our investigation is not a criminal one, we certainly believe that your failure to provide the internal investigation is hampering and hindering our investigation. Witnesses and statements that may have been taken in your investigation have to be redone.

Please provide our office with the requested documents by the end of business on Tuesday, May 9, 2006. Should we fail to receive same, we will be forced to take all necessary legal action to obtain these records, consistent with our statutory authority. We would prefer to avoid that action but we will insist that our access be unobstructed so that our investigation can proceed in a timely and efficient manner.

MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS

EXHIBIT D
Page 2 of 3

Thank you,

*Holly Johanknecht*

Holly Johanknecht
Staff Attorney
Disability Law Center of Alaska

cc:   Stacie Kraly
      Holly Chari

EXHIBIT D
Page 3 of 3