# Holly Johanknecht

**From:** Holly Johanknecht
**Sent:** Wednesday, May 10, 2006 11:57 AM
**To:** 'Blair Christensen'
**Subject:** Citations

Hi Blair,

Here are the citations to the legislative history I told you about in regards to Warren Tetpon's records.

- H. Rep. 901, 99th Cong., 1st Sess. 7 (1985) - This is the legislative history of the PAIMI Act.
- 42 C.F.R. 51.2 - This is the definition of the terms "legal guardian". "conservator'" and "legal representative"
    See also the preamble discussion of this definition

I had one other quick question - can we get the last known address for Clyde Kelley? We have been unable to get in contact with him.

I really appreciate you letting me know today about both the internal investigation and Warren's records. I would really like to avoid having to go to court - as you know I am eager to get this finished up. Please email me as soon as you know. I am going to be out of the office, but you could also leave a voice mail 565-1003.

Thanks,
Holly

EXHIBIT E
Page 1 of 1