# Holly Johanknecht

**From:** Holly Johanknecht
**Sent:** Wednesday, May 10, 2006 6:56 PM
**To:** 'Blair Christensen'
**Subject:** API

Blair,

What happened - I thought you were going to get back to me today on those two issues. I need to hear from you tomorrow morning or we are going to have to file something with the court.

Holly Johanknecht
Staff Attorney
Disability Law Center of Alaska

EXHIBIT F
Page 1 of 1

1