## Holly Johanknecht

**From:** Blair Christensen [blair_christensen@law.state.ak.us]
**Sent:** Thursday, May 11, 2006 9:15 AM
**To:** Holly Johanknecht
**Cc:** paul_ortner@health.state.ak.us; Ron_Adler@health.state.ak.us; Holly Chari; Stacie Kraly
**Subject:** Re: API

Holly,

I apologize for not getting back to you yesterday.  I could not get
answers prior to getting on the flight to Juneau.  Thank you for the
citation to the definition to "legal representative."  We agree that
this clarifies things for Warren Tetpon's records.  We will instruct API
to give you access to his records  and you can let API know what you
want copied from those files.

As to the internal investigation, there have been no changes to the
initial draft.  Paul updated the report by writing an addendum.  I
regret that I cannot give you an answer on this issue you as we are
still have internal discussions on this issue within the Department of
Law.  Stacie will be in Anchorage on Monday and we will be having a
meeting with attorneys from other sections to resolve this issue then.
We do understand that you may determine that you need to file something
with the court to resolve this issue sooner.

I am working out the Juneau office for the rest of the week and will be
available via email.  Holly is available at the Anchorage office.

-Blair

Blair Marlowe Christensen
Assistant Attorney General
Human Services Section

>>> Holly Johanknecht <hollyj@dlcak.org> 5/10/2006 6:56:01 PM >>>
Blair,

What happened - I thought you were going to get back to me today on
those
two issues. I need to hear from you tomorrow morning or we are going to
have
to file something with the court.

Holly Johanknecht
Staff Attorney
Disability Law Center of Alaska

EXHIBIT  G
Page  1  of  1

1