# Holly Johanknecht

| | |
|---|---|
| **From:** | Holly Johanknecht |
| **Sent:** | Thursday, May 11, 2006 12:39 PM |
| **To:** | 'Blair Christensen' |
| **Cc:** | paul_ortner@health.state.ak.us; Ron_Adler@health.state.ak.us; Holly Chari; Stacie Kraly; Tom Dosik |
| **Subject:** | RE: API |

Blair,

Thank you for letting me know about Warren Tetpon's records. Elizabeth will be at API tomorrow to pick them up.

I wanted to encourage you to come to a quick decision on the internal investigation issue. Our authority is quite clear in this matter - 42 C.F.R. 51.41(c)(2), I think it would be much better for everyone involved if we didn't have to involve the court in this type of routine request.

I also wanted to let you know that the decision whether or not to file something with the court is not mine to make, but I anticipate that it will be made by the end of the day. We are eager to complete our investigation, especially as we are rapidly approaching the end of the 30 day period we mentioned in our status report to the court.

Thank you,
Holly Johanknecht
Staff

-----Original Message-----
From: Blair Christensen [mailto:blair_christensen@law.state.ak.us]
Sent: Thursday, May 11, 2006 9:15 AM
To: Holly Johanknecht
Cc: paul_ortner@health.state.ak.us; Ron_Adler@health.state.ak.us; Holly Chari; Stacie Kraly
Subject: Re: API

Holly,

I apologize for not getting back to you yesterday. I could not get answers prior to getting on the flight to Juneau. Thank you for the citation to the definition to "legal representative." We agree that this clarifies things for Warren Tetpon's records. We will instruct API to give you access to his records and you can let API know what you want copied from those files.

As to the internal investigation, there have been no changes to the initial draft. Paul updated the report by writing an addendum. I regret that I cannot give you an answer on this issue you as we are still have internal discussions on this issue within the Department of Law. Stacie will be in Anchorage on Monday and we will be having a meeting with attorneys from other sections to resolve this issue then. We do understand that you may determine that you need to file something with the court to resolve this issue sooner.

I am working out the Juneau office for the rest of the week and will be available via email. Holly is available at the Anchorage office.

-Blair

Blair Marlowe Christensen
Assistant Attorney General
Human Services Section

1

EXHIBIT H
Page 1 of 2

```
>>> Holly Johanknecht <hollyj@dlcak.org> 5/10/2006 6:56:01 PM >>>
```
Blair,

What happened - I thought you were going to get back to me today on those
two issues. I need to hear from you tomorrow morning or we are going to have
to file something with the court.

Holly Johanknecht
Staff Attorney
Disability Law Center of Alaska