# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Disability Law Center v. Alaska Psychiatric Inst., et al.*
Case No. 3:06-cv-0062-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On May 11, 2006, Plaintiff filed a motion to compel on shortened time. Docket No. 23. The motion seeks compliance with the Court's order dated April 21, 2006. In that Order the Court ordered API to provide the DLC with access to its records and employees to the extent required by law. The DLC seeks API's internal investigation report on the March 5, 2006, incident. Defendants have filed an opposition to the motion. Docket No. 25. Defendants state that the motion to compel is moot as the parties have agreed that the report will be disclosed today, May 18, 2006.

**IT IS THEREFORE ORDERED:**
The motion on shortened time to compel at **Docket No. 23** is **DENIED AS MOOT**. The parties are encouraged to continue fully cooperating with an eye toward filing a joint motion to dismiss this suit as soon as possible.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  May 18, 2006

C:\Temp\notes06E812\Disability Law Center 4.wpd