DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, <br>       Plaintiff, <br><br> vs. <br><br> ALASKA PSYCHIATRIC INSTITUTE, and RON ADLER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR, <br>       Defendants. | Case No. 3:06-cv 00062 (TMB) |

**AFFIDAVIT OF STACIE L. KRALY**

STATE OF ALASKA    )
                              ) ss.
FIRST JUDICIAL DISTRICT  )

        Stacie L. Kraly, being first duly sworn upon oath, deposes and says:

1. I am employed by the State of Alaska, Department of Law and am the attorney assigned to this matter.

2. I have drafted and reviewed the factual background section of the motion for protective order and state that the facts as presented in that section are a true and accurate representation of the events that transpired over the past two weeks.

3. After our discussions yesterday, I felt it would be a courtesy to inform the DLC that I would be filing a Motion for Protective Order and would include the draft report as an exhibit. Holly Johanknecht responded to my email informing me that she would prefer that I use the final report and that she would forward it to me. As the noon hour was approaching, I informed Ms. Johanknecht that I would need additional time to file if she wanted me to include the final report, and that I needed the report. She indicated she understood and would forward it as soon as it was finalized. She also indicated that the report had been amended to remove the names and included an explanatory footnote. Shortly thereafter Ms. Kerr asked for a copy of the motion, I forwarded it to her indicating that it might still need to be amended depending on the final report. She indicated she understood. I also informed her that I was hopeful that we could resolve this matter without court intervention. This all occurred very close to the noon hour via email. I then emailed Ms. Kerr and Ms. Johanknecht at about 2 p.m. asking about the status of the report and my motion and thanking them for reviewing it

so that we could avoid court intervention if at all possible. Ms. Kerr responded by email informing that since I had not filed my motion by noon, they were releasing the report. I then asked for a copy of the report and was provided a PDF of the report. This report did not have the names redacted nor did it include an explanatory footnote indicating that API was filing a Motion for Protective Order, as had been agreed to by the parties yesterday and today.

    4.    API files this motion in good faith with a redacted report attached based on the parties' original agreement that DLC would release a redacted report after API filed its motion.

DATED: July 25, 2006

_____
Stacie L. Kraly

SUBSCRIBED AND SWORN to before me this July 25, 2006.

_____
Notary Public, State of Alaska
My Commission Expires: With office