DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA,<br>          Plaintiff,<br><br>vs.<br><br>ALASKA PSYCHIATRIC INSTITUTE, and RON ADLER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR,<br>          Defendants. | Case No. 3:06-cv 00062 (TMB) |

### [PROPOSED] ORDER RE MOTION FOR PROTECTIVE ORDER

IT IS ORDERED that the State's Motion for Protective Order is granted. The Disability Law Center's Investigative Report **shall not** include the real names of the doctors or any employees at API.

DATED: _____

_____
Timothy Burgess
Federal District Court Judge