Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
(907) 565-1002
(907) 565-1000
skerr@dlcak.org
AK Bar No. 0409051
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>                Plaintiffs<br><br>vs.<br><br>Alaska Psychiatric Institute, and Ron Adler<br>in his official capacity as Executive Director,<br><br>                Defendant. | )<br>)<br>)<br>) Case No. 3:06-cv-62 (TMB)<br>)<br>)<br>)<br>)<br>) |

State of Alaska

**AFFIDAVIT OF SONJA D. KERR**

Comes now, Sonja D. Kerr, and being first duly sworn, deposes and states:

1. I, Sonja D. Kerr, am the supervising attorney at the Disability Law Center of Alaska and the attorney of record in this matter.

2. On Wednesday, July 25, 2006 the Disability Law Center of Alaska released its final investigative report into an incident that occurred at the Alaska Psychiatric Institute on March 5, 2006. A true and correct copy is attached as Exhibit A.

1

3. On Wednesday, July 26, 2006 the Disability Law Center of Alaska released a redacted version of this report. A true and correct copy is attached as Exhibit B.

4. A true and correct copy of the list of the parties the report was released to is attached as Exhibit C.

5. A true and correct copy of the list of the parties the redacted report was released to is attached as Exhibit D.

Further affiant sayeth not.

Dated this day, July 26, 2006.

DISABILITY LAW CENTER OF ALASKA

By: _____
Sonja Kerr,
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
(907) 565-1000
skerr@dlcak.org
AK Bar No.

Subscribed and sworn to before me this 26th day of July, 2007 6



_____
~~Cindy Hite~~, Notary Public
Leann Curro
My commission expires: 1-13-09

2