# July 25, 2006 Recipients of Non-Redacted API Report

Ron Adler, Chief Executive Officer
Alaska Psychiatric Institute

Stacie Kraly, Dept. of Law

Karleen Jackson, Commissioner
Dept. of Health & Social Services

Cristy Allyn Willer, Director
Dept. of Health & Social Services, Div. of Behavioral Health

Richard Mandsager, Director
Dept. of Health & Social Services, Div. of Public Health

Jane Urbanovsky, Section Chief
Dept. of Health & Social Services, Div. of Public Health
Certification & Licensing

Bernadean Anselm, Program Manager
Dept. of Health & Social Services, Div. of Public Health
Certification & Licensing