# July 26, 2006 Recipients of Redacted API Report

Josh Fink, Executive Director
Office of Public Advocacy

Chris Martin, Chief
Centers for Medicare & Medicaid Services, Region X
Survey & Certification Section

Office of Quality Monitoring
Joint Commission on Accreditation of Healthcare Organizations

Aleen Smith, Chairwoman
Alaska Psychiatric Institute Governing Body

<u>Disability Law Center of Alaska Board Members</u>
Deborah Smith, President
James Torgerson, Vice-President
Collene Brady-Dragomir, Secretary
Louise Charles, Member
Beth LaCrosse, Member
Cindy Drinkwater, Member
James M. Shine, Sr., Member