IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA,<br><br>               Plaintiff,<br><br>  vs.<br><br>ALASKA PSYCHIATRIC INSTITUTE, and RON ADLER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR,<br><br>               Defendants. | Case No. 3:06-cv-0062-TMB<br><br>O R D E R |

      Defendant filed a Motion for a Protective Order on Shortened Time on July 25, 2006. The motion expresses concerns about the disclosure of the names of certain physicians in the Disability Law Center's Investigative Report regarding an incident on March 5, 2006. Docket 27. Plaintiff filed an Opposition to the motion at Docket 30. This Court held a hearing on the matter on July 27, 2006.

      As a result of the short time frame in which the parties briefed their Motion and Opposition, the Court lacks adequate briefing to issue a ruling on the merits of the underlying motion. Accordingly, the parties have agreed to the following, in order to maintain the *status quo* while further briefing is considered by the Court.

      1. The Opposition and exhibits at Docket 30 containing the names of the physicians are SEALED;

      2. The entities and individuals in receipt of the unredacted Investigative Report in this matter are instructed not to redistribute the report or disclose its contents in any manner pending the outcome of this motion practice;

      3. Defendant shall file an Opening brief on or before August 3, 2006;

      4. Plaintiff shall file an Opposition on or before August 10, 2006;

    5. Defendant shall file a Reply on or before August 15, 2006;

    6. A hearing is scheduled on this matter on August 21, 2006, at 10:00 a.m.;

    7. Future filings in this matter shall not refer to the names of the physicians in the unredacted report.

    Dated at Anchorage, Alaska, this 27th day of July, 2006.

                                                            /s/ Timothy M. Burgess
                                                           **TIMOTHY M. BURGESS**
                                                           United States District Judge