Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
(907) 565-1002
(907) 565-1000
hollyj@dlcak.org
AK Bar No. 0511103
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>            Plaintiffs | )<br>)<br>) |
| vs. | ) Case No. 3:06-cv-62 (TMB)<br>) |
| Alaska Psychiatric Institute, and Ron Adler<br>in his official capacity as Exec. Director,<br>            Defendant. | )<br>)<br>)<br>) |

**STATUS REPORT**

Parties, by and through counsel, are discussing dismissal of this case, as well as attorney fees. Parties anticipate that their discussions will be concluded by Friday, September 1, 2006. The court will be advised as to the outcome of those discussions on that date.

Dated this 24th day of August 2006, at Anchorage Alaska.

By:    _s/ Holly Johanknecht_____
Holly J. Johanknecht, AK No. 0511103
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Tel: (907) 565-1002
Fax: (907) 565-1000
hollyj@dlcak.org
AK Bar No. 0511103

**Certificate of Service**

I hereby certify that on the 24th day of

August, 2006, a copy of this document
was served electronically on:

Stacie Kraly
Office of the Attorney General
Stacie_kraly@law.state.us

    /s Holly J. Johanknecht
Holly J. Johanknecht