Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
(907) 565-1002
(907) 565-1000
hollyj@dlcak.org
AK Bar No. 0511103
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>　　　　Plaintiffs | )<br>)<br>) |
| vs. | ) Case No. 3:06-cv-62 (TMB)<br>) |
| Alaska Psychiatric Institute, and Ron Adler<br>in his official capacity as Exec. Director,<br>　　　　Defendant. | )<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

Come now the parties, and by counsel, here by stipulate that the Court may dismiss this case with prejudice based on the following:

1. The Defendants substantially complied with the Court's initial order to preserve evidence concerning the events of March 5, 2006, and shared relevant documents and evidence with DLC, including API's internal investigation information and report.

2. DLC has completed its investigation report and issued a public report.

3. The Court denied the Defendants motion for protective order to preclude the doctors' names from being part of the report and thus DLC is allowed to issue the investigation report with the doctors' names.

4. In light of the denial of the protective order and other considerations, Defendants agree to pay $2500 in attorneys' fees to DLC within 30 days of the dismissal.

5. Defendants API and DLC will cooperatively work towards improvement of the discharge planning process at API.

Dated this 1st day of September 2006, at Anchorage Alaska.

                                By:    _s/ Holly Johanknecht_____
                                          Holly J. Johanknecht, AK No. 0511103
                                          Disability Law Center of Alaska
                                          3330 Arctic Blvd., Suite 103
                                          Anchorage, Alaska 99503
                                          Tel: (907) 565-1002
                                          Fax: (907) 565-1000
                                          hollyj@dlcak.org
                                          AK Bar No. 0511103

Dated this 1st day of September 2006, at Juneau, Alaska.

                                          DAVID W. MÁRQUEZ
                                          ATTORNEY GENERAL


                              By:    s/Stacie L. Kraly
                                        Chief Assistant Attorney General
                                        Office of the Attorney General
                                        P.O. Box 110300
                                        Juneau, Alaska 99811
                                        Phone: (907) 465-3600
                                        Fax: (907) 465-2539
                                        stacie_kraly@law.state.ak.us
                                        Alaska Bar No. 9406040