Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
(907) 565-1002
(907) 565-1000
hollyj@dlcak.org
AK Bar No. 0511103
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>　　　　　Plaintiffs | )<br>)<br>) |
| vs. | ) Case No. 3:06-cv-62 (TMB)<br>) |
| Alaska Psychiatric Institute, and Ron Adler<br>in his official capacity as Exec. Director,<br>　　　　　Defendant. | )<br>)<br>)<br>) |

## PROPOSED ORDER

Now therefore it is ordered:

1. The Defendants substantially complied with the Court's initial order to preserve evidence concerning the events of March 5, 2006, and shared relevant documents and evidence with DLC, including API's internal investigation information and report.

2. DLC has completed its investigation report and issued a public report.

3. The Court denied the Defendants motion for protective order to preclude the doctors' names from being part of the report and thus DLC is allowed to issue the investigation report with the doctors' names.

4. In light of the denial of the protective order and other considerations, Defendants agree to pay $2500 in attorneys' fees to DLC within 30 days of the dismissal.

5. Defendants API and DLC will cooperatively work towards improvement of the discharge planning process at API.

Dated this ___day of September 2006, at Anchorage Alaska.

_____
Timothy Burgess
United States District Court Judge