UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska,<br>　　　　Plaintiffs<br><br>vs.<br><br>Alaska Psychiatric Institute, and Ron Adler<br>in his official capacity as Exec. Director,<br>　　　　Defendant. | )<br>)<br>)<br>) Case No. 3:06-cv-62 (TMB)<br>)<br>)<br>)<br>)<br>) |

ORDER

Now therefore it is ordered:

1. The Defendants substantially complied with the Court's initial order to preserve evidence concerning the events of March 5, 2006, and shared relevant documents and evidence with DLC, including API's internal investigation information and report.

2. DLC has completed its investigation report and issued a public report.

3. The Court denied the Defendants motion for protective order to preclude the doctors' names from being part of the report and thus DLC is allowed to issue the investigation report with the doctors' names.

4. In light of the denial of the protective order and other considerations, Defendants agree to pay $2500 in attorneys' fees to DLC within 30 days of the dismissal.

5. Defendants API and DLC will cooperatively work towards improvement of the discharge planning process at API.

Dated this 7th day of September 2006, at Anchorage Alaska.

　　　　　　　　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　United States District Court Judge